587 A.2d 313

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Appellant,

v.

AMERICAN STATES INSURANCE COMPANY and Winters & Fleming, Inc., and Anna C. Hill, Administratrix of the Estate of Joseph A. Hill, Deceased; Merle D. Walters and Patricia Walters, his wife; National Fuel Gas Supply Corporation, Mark W. Kamppi, Avonia Farms, Inc. and Koch Asphalt Company and Koch Materials Company, a division of Divisions of Koch Fuels, Inc., a Delaware corporation, and Koch Fuels, Inc., owned and operated by Koch Industries, Inc., Appellees.

Supreme Court of Pennsylvania.

Argued March 8, 1991.

Decided March 21, 1991.

Mark E. Gerber, Chief–Tort Litigation Section, Brian H. Baxter, Sr. Deputy Atty. Gen., Office of Atty. Gen., for appellant.

Robert C. LeSuer, Erie, for Winters and Fleming.

James R. Fryling, William J. Schaaf, Erie, for Koch Materials Co.

Louis Anstandig, Pittsburgh, for American States Ins. Co.

Joseph B. Steele, Erie, for Hill & Walters.

J. Douglas Murphy, Erie, for Avonia Farms, Inc., et al.

Before NIX, C.J., and LAREN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

458

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents as to the contractor only.